Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC., a California Corporation, individually, and doing business as "Fiesta Fabric," <br><br>Plaintiff, <br><br>v. <br><br>STEIN MART, INC., a Florida corporation; FORSYTH OF CANADA, INC., a Georgia corporation; and DOES 1-10, inclusive, <br><br>Defendants. | Case No.: CV13-6151 FMO (JCx) <br><br>**NOTICE OF BANKRUPTCY OF FORSYTH OF CANADA, INC.** |

- 1 -

NOTICE OF BANKRUPTCY

*TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE THAT Defendant FORSYTH OF CANADA, INC. has filed for bankruptcy in the United States Bankruptcy Court, Southern District of New York. Accordingly, upon Court approval, the bankruptcy stay provided for in 11 U.S.C. § 362(a) will stay this action as against said company.

The case will proceed as to the remaining Defendant.

Respectfully submitted,

DONIGER / BURROUGHS

Date: September 11, 2013        By: /S/ Scott A. Burroughs
                                Scott A. Burroughs, Esq.
                                Trevor W. Barrett, Esq.
                                Attorneys for Plaintiff