Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC., a California Corporation, individually, and doing business as "Fiesta Fabric,"<br><br>Plaintiff,<br><br>v.<br><br>STEIN MART, INC., a Florida corporation; FORSYTH OF CANADA, INC., a Georgia corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  CV13-6151 FMO (JCx)<br><br>**NOTICE OF DISMISSAL OF FORSYTH OF CANADA, INC.** |

- 1 -

*TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE THAT Plaintiff hereby dismisses *without prejudice* FORSYTH OF CANADA, INC. pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

Respectfully submitted,

DONIGER / BURROUGHS

Date: September 12, 2013           By: /S/ Scott A. Burroughs
                                   Scott A. Burroughs, Esq.
                                   Trevor W. Barrett, Esq.
                                   Attorneys for Plaintiff

- 2 -